No. 10–6082. McCastle v. North Texas Medical Hospital. C. A. 5th Cir. Certiorari denied.

No. 10–6084. Battle v. JP Morgan Chase Bank, NA, et al. C. A. 4th Cir. Certiorari denied.

No. 10–6085. Martin v. Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 10–6089. Diaz v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 10–6091. Neeley v. NameMedia, Inc., et al. C. A. 8th Cir. Certiorari denied.

No. 10–6094. Dingle v. Stevenson, Warden. C. A. 4th Cir. Certiorari denied.

No. 10–6097. Green v. Cate, Secretary, California Department of Corrections and Rehabilitation, et al. C. A. 9th Cir. Certiorari denied.

No. 10–6103. Shead v. Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 10–6111. Mann v. McNeil, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 10–6113. Ponce v. Felker, Warden. C. A. 9th Cir. Certiorari denied.

No. 10–6122. Stout v. Hobbs, Warden. Sup. Ct. Va. Certiorari denied.

No. 10–6124. Ayala-Carranza v. Holder, Attorney General. C. A. 9th Cir. Certiorari denied.

No. 10–6125. Eubanks v. Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.